IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TEXAS FARM BUREAU, *et al.*, | |
| Plaintiffs, | |
| v. | 2:25-CV-181-Z |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Defendants' Consent Motion to Stay ("Motion"), filed October 9, 2025. ECF No. 12. As the USDA is currently defending similar challenges to those raised in the instant case in *Strickland v. USDA*, Defendants "request that the Court stay this litigation—including Defendants' deadline to answer the complaint—for 60 days, until December 12, 2025." *Id.* at 1; *see* No. 2:24-CV-060-Z (N.D. Tex.) (in which plaintiffs brough equal protection claims against the "socially disadvantaged" designation in certain USDA programs, now rescinded). Plaintiffs have consented to the relief requested. *Id.* at 1–2. Defendants believe this stay would "conserve the parties' and the Court's resources." *Id.* at 3.

The Motion is **GRANTED**. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . ."); *Hammoud v. Ma'at*, 49 F.4th 874, 882 n.42 (5th Cir. 2022) (en banc) (citing "the cardinal principle of judicial restraint [that] if it is not necessary to decide more, it is necessary not to decide more" (quoting *PDK Labs, Inc. v. U.S. D.E.A.*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring))). The Court therefore **STAYS** all

proceedings and deadlines in this case until **December 12, 2025**. The parties are **ORDERED** to file a status report **on or before December 12, 2025**. All other pending motions are **DENIED as MOOT**.

SO ORDERED.

October 16, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE