**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| TEXAS FARM BUREAU, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF<br>AGRICULTURE, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-181-Z |

**JOINT STATUS REPORT**

Pursuant to this Court's October 16, 2025, Order, ECF No. 13, the parties respectfully submit the following status report.  The parties have productively engaged in discussions exploring procedures that could most efficiently address and resolve the issues raised in this case.  To allow those discussions to continue, and mindful of the upcoming holiday season, the parties propose an additional 60-day stay of all litigation deadlines, until February 10, 2026.

Dated: December 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov

*Counsel for Defendants*


<u>*/s/ Benjamin I. B. Isgur*</u>
BRADEN H. BOUCEK
  Georgia Bar No. 396831
  Tennessee Bar No. 021399
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
JAMES V. F. DICKEY
  Minnesota Bar No. 393613
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
(770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org
jdickey@southeasternlegal.org

MIKE BYRD
 Texas Bar No. 03561450
Michael L. Byrd & Associates
7816 Orlando Avenue
Lubbock, Texas 79423
Telephone: (806) 788-0181
Facsimile: (806) 788-0187
mbyrd@byrdfirm.com

*Counsel for Plaintiffs*

2