**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| TEXAS FARM BUREAU, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-181-Z |
| | ) |
| THE UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, *et al.*, | ) |
| Defendants. | ) |

---

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

---

Plaintiffs respectfully move to certify a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure. This motion is based on the accompanying brief and appendix, which includes the Declarations of Timothy Assiter, Mark Cadra, James Dickey, and Benjamin Isgur, and any argument of counsel requested by the Court. Plaintiffs further specifically request:

1. That the class certified be a single class as follows:

All farmers and ranchers in the United States who are encountering, or who will encounter, race or sex discrimination from the United States Department of Agriculture (USDA) based on their exclusion from its "socially disadvantaged farmer or rancher" designation, and have been or will be denied benefits or program access on that basis;

2. That Timothy Assiter and Mark Cadra, who are the named individual plaintiffs in this action, be appointed class representatives;

3. That the class claims be certified as follows:

   a. Whether the United States Department of Agriculture is violating the Constitution when it discriminates based on race in administering programs under Titles 7 and 16 of the United States Code and Code of Federal Regulations through the use of the "socially disadvantaged farmer or rancher" designation; and

      b.     Whether the United States Department of Agriculture is violating the Constitution when it discriminates based on sex in administering programs under Titles 7 and 16 of the United States Code and Code of Federal Regulations through the use of the "socially disadvantaged farmer or rancher" designation;

4.     That Southeastern Legal Foundation, which currently serves as counsel for the named plaintiffs, be appointed class counsel;

5.     That no class notice be required; and

6.     That no further discovery related to determining this motion be ordered.

Dated: <u>February 27, 2026</u>.          Respectfully submitted,

<u>/s/ Benjamin I. B. Isgur</u>
JAMES V. F. DICKEY
  Minnesota Bar No. 393613
BENJAMIN I. B. ISGUR
  Va. Bar No. 98812
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Tel.: (770) 977-2131
jdickey@southeasternlegal.org
bisgur@southeasternlegal.org

MIKE BYRD
  Texas Bar No. 03561450
Michael L. Byrd & Associates
7816 Orlando Avenue
Lubbock, Texas 79423
Telephone: (806) 788-0181
Facsimile: (806) 788-0187
mbyrd@byrdfirm.com
*Attorneys for Plaintiffs*