**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| TEXAS FARM BUREAU, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br>    Defendants. | Case No. 2:25-cv-181-Z |

**JOINT MOTION FOR STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 16(a), the parties jointly request that the Court hold a virtual status conference to facilitate the entry of a scheduling order and expedite the resolution of this action. *See* Fed. R. Civ. P. 16(a)(1), (b)(1)(B). Following the parties' Joint Status Report and Defendants' accompanying 530D letter to Congress on February 10, 2026, *see* ECF No. 17, and in light of Plaintiffs' Motion for Class Certification, *see* ECF No. 18, and Defendants' response, *see* ECF No. 20, the parties seek a scheduling order setting deadlines for the disposition of this case, including deadlines for entities to seek leave to intervene, and for dispositive motions. *See* Fed. R. Civ. P. 16(b)(3)(A), (b)(3)(B)(vii).

Through the end of May, the parties are unavailable on April 23–24 and May 11–15. The parties will provide additional availability for dates beyond May if doing so would assist the Court in scheduling a status conference.

Dated: April 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov

*Counsel for Defendants*


*/s/ Benjamin I. B. Isgur*
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
JAMES V. F. DICKEY
  Minnesota Bar No. 393613
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
(770) 977-2131
bisgur@southeasternlegal.org
jdickey@southeasternlegal.org

MIKE BYRD
 Texas Bar No. 03561450
Michael L. Byrd & Associates
7816 Orlando Avenue
Lubbock, Texas 79423
Telephone: (806) 788-0181
Facsimile: (806) 788-0187
mbyrd@byrdfirm.com

*Counsel for Plaintiffs*

2