IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TEXAS FARM BUREAU, *et al.*,

     Plaintiffs,

v.

                             2:25-CV-181-Z

THE UNITED STATES DEPARTMENT
OF AGRICULTURE, *et al.*,

     Defendants.

## ORDER

The Stay in this case was **LIFTED** as of February 10, 2026. *See* ECF No. 16 (staying proceedings until February 10, 2026).

Before the Court is the parties' Joint Status Report, filed February 10, 2026. ECF No. 17. In the report, Defendants notify the Court that the Department of Justice has determined the programs challenged in this case "are unconstitutional to the extent they include preferences based on race or sex." *Id.* at 1 "The Department of Justice will no longer defend those aspects of the programs in Court." *Id.*

Defendants attached a letter from U.S. Solicitor General Hon. D. John Sauer explaining the Department of Justice's position in this case ("530D Letter"). ECF No. 17-1. They request leave to treat the 530D Letter as Defendants' response to the operative complaint. *Id.* at 2. Plaintiffs do not object. *Id.* Construing the request as a Motion, the Motion (ECF No. 17) is **GRANTED**. The United States District Clerk is **DIRECTED** to file the 530D Letter, currently docketed at ECF No. 17-1, as a separately filed response to the Amended Complaint, ECF No. 4.

The Joint Status Report also makes requests regarding scheduling. ECF No. 17 at 2,

¶ 4. The Court will address those requests via separate order.

**SO ORDERED.**

April 27, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2