**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

TEXAS FARM BUREAU, *et al.*,

Plaintiffs,

v.

THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

Case No. 2:25-cv-181-Z

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

Plaintiffs Texas Farm Bureau, Mark Cadra, and Timothy Assiter, and Defendants the United States Department of Agriculture (USDA), Brooke Rollins, in her official capacity as Secretary of the United States Department of Agriculture, William Beam, in his official capacity as Administrator of the Farm Service Agency, Colton Buckley in his official capacity as Chief of the Natural Resources Conservation Service, and the United States of America, jointly move for entry of the attached Consent Order.

On August 8, 2025, Plaintiffs filed this action to bring class claims under the Fifth Amendment to the United States Constitution and the Administrative Procedure Act, seeking relief from USDA's race- and sex-based preferences in various programs under Titles 7 and 16 of the United States Code that rely on the definitions of "socially disadvantaged farmer or rancher," found at 7 U.S.C. § 2003(e)(2) and 7 U.S.C. § 2279(a)(5), and "socially disadvantaged group," found at 7 U.S.C. § 2003(e)(1) and 7 U.S.C. § 2279(a)(6), as well as the many regulations that depend upon, interpret, or incorporate those definitions, *see, e.g.*, 7 C.F.R. §§ 718.2, 1410.2. On February 10, 2026, Defendants informed the Court that they agree that the challenged provisions

are unconstitutional and filed a letter to that effect. *See* ECF No. 17 & Exhibit (Letter of Hon. D. John Sauer, United States Solicitor General, to Hon. Mike Johnson, Speaker, United States House of Representatives, dated February 9, 2026) ("530D Letter"). Defendants requested leave to treat the 530D letter as their response to the complaint. *See id.* The Court granted Defendants' request on April 27, 2026. ECF No. 22.

After the Court's order granting class certification under Federal Rule of Civil Procedure 23(b)(2), Plaintiffs represent a class of:

> All farmers and ranchers in the United States who are encountering, or who will encounter, race or sex discrimination from the United States Department of Agriculture (USDA) based on their exclusion from its "socially disadvantaged farmer or rancher" designation, and have been or will be denied benefits or program access on that basis.

Order Granting Pls.' Mot. for Class Certification, ECF No. 27, at 15.

Without admitting liability, Defendants wish to resolve this matter and hereby consent to the Court's entry of declaratory judgment in this case embodied in Section III of the Consent Order. Therefore, Plaintiffs and Defendants waive findings of fact and conclusions of law under Federal Rules of Civil Procedure 52 and 65 and request that the Court approve, sign, and enter the attached Consent Order as its final order and judgment in this case. The waivers and requests set forth in this joint motion are contingent on the Court's adoption and entry of the attached Consent Order, or a Consent Order materially similar to the attached.

Dated: September 23, 2026

Respectfully submitted,

**COUNSEL FOR DEFENDANTS:**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director

/s/ Natalie M. Villalon
NATALIE M. VILLALON
D.C. Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov

**FOR DEFENDANTS:**

/s/ Tyler Clarkson
U.S. Department of Agriculture
Tyler Clarkson
*General Counsel*
Ralph Linden
*Deputy General Counsel*
Brian Mizoguchi
*Deputy General Counsel*

**COUNSEL FOR PLAINTIFFS:**

/s/ Benjamin I. B. Isgur
JAMES V. F. DICKEY
Minnesota Bar No. 393613
BENJAMIN I. B. ISGUR
Virginia Bar No. 98812
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
(770) 977-2131
jdickey@southeasternlegal.org
bisgur@southeasternlegal.org

MIKE BYRD
Texas Bar No. 03561450
Michael L. Byrd & Associates
7816 Orlando Avenue
Lubbock, Texas 79423
Telephone: (806) 788-0181
Facsimile: (806) 788-0187
mbyrd@byrdfirm.com